UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIESLAWA MODRZYNSKA,<br><br>Plaintiff,<br><br>-against-<br><br>DEBTOR DERDZIUK ZBIGNIEW; DEBTOR KURCZYNSKA IZABELA; DEBTOR DONALD TUSK; DEBTOR ANDRZEJ DOMANSKI; MATEUSZ SAKOWICZ; MELISSA BUTLER, ESQ.; DEBTOR HONOURABLE BRENDA BAILEY,<br><br>Defendants. | 26-CV-2866 (KMW)<br><br>CIVIL JUDGMENT |

Pursuant to the order dated November 18, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 18, 2026 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 18, 2026
New York, New York

/s/ Kimba W. Wood
KIMBA M. WOOD
United States District Judge